ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| United States of America, | ) No. **2:08-cv-07805-JHN -FFMx** |
|---|---|
| Plaintiff, | ) Stipulated Judgment |
| vs. | ) |
| Robert J. Reed, et al., | ) |
| Defendants. | ) |

Based upon the Stipulation for Entry of Judgment filed by the parties concurrently herewith, and good cause appearing,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment be entered for Plaintiff against Defendant Robert J. Reed on Count I of the Complaint in this case, filed on November 25, 2008, in the amount of $177,206.78 plus statutory additions thereto, including interest under the provisions of the Internal Revenue Code (Title 26, U.S.C.) accruing on such amount after March 1, 2010, until judgment is paid in full.

**IT IS FURTHER ORDERED** that as to Count I, Defendant reserves the right to appeal the issue of his willfulness under 26 U.S.C. § 6672 based upon his

argument that he should be excused from liability for the Trust Fund Recovery Penalty for the periods ending March 31, 2002, June 30, 2002, and September 30, 2002, based on the assertions that he had reasonable cause for not paying over to the United States the income taxes and FICA taxes withheld from Stitches, Inc.'s employees' wages during those periods, or his conduct was not "willful" under the facts and circumstances of this case for failing to pay over to the United States the income taxes and FICA taxes withheld from Stitches, Inc.'s employees' wages during those periods.

**IT IS FURTHER ORDERED** that Count II of the Complaint is DISMISSED as moot, because the real property located at 11372 Dona Lisa Drive, Studio City, California, has been sold in a private sale.

**IT IS FURTHER ORDERED** that the United States and Robert Reed will each bear their own costs and attorney's fees in this matter.

**IT IS SO ORDERED.**

DATED: June 09, 2010

_____
JACQUELINE H. NGUYEN
United States District Judge